# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3727

_____

United States of America,            *
                                             *

          Appellee,            *

                                           *   Appeal from the United States

     v.                        *   District Court for the

                                         *   District of Minnesota.

Anthony Drake Barber,        *

                                         *        [UNPUBLISHED]

          Appellant.          *

_____

Submitted:  April 7, 1999

Filed:  April 13, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

While Anthony Drake Barber was serving a period of supervised release, he violated his release conditions and the district court[1] revoked supervised release and sentenced him to serve 14 months in prison. On appeal, Mr. Barber argues that the district court erred by failing to consider the 5-to-11-month revocation imprisonment range suggested under the U.S. Sentencing Guidelines Manual § 7B1.4(a), p.s. (1998). We affirm.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

After a thorough review of the record--which includes the probation officer's letter notifying the district court of the revocation range recommended in Chapter 7-- we reject Mr. Barber's argument and conclude that the district court did not abuse its discretion in sentencing him.  See United States v. Grimes, 54 F.3d 489, 492 (8th Cir. 1995); United States v. Carr, 66 F.3d 981, 983 (8th Cir. 1995) (per curiam).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.